Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

_____Civil____ Division

| | | |
|---|---|---|
| Mark J Sullivan | ) | Case No. |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| David C. Banks, Chancellor of the New York City Department of Education | ) | |
| Lester W. Young, Jr. CHANCELLOR New York State Education Department Board of Regents    Binong Xu | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mark Joseph Sullivan |
| Street Address | 1053 64th Street C4 |
| City and County | Brooklyn., Kings |
| State and Zip Code | NY 11219 |
| Telephone Number | 917 667 7903 |
| E-mail Address | mark@markjosephsullivan.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

    Name: David C. Banks
    Job or Title (if known): Chancellor
    Street Address: 52 Chambers St
    City and County: New York, New York
    State and Zip Code: NY 10007
    Telephone Number: (212) 374-6000
    E-mail Address (if known):

**Defendant No. 2**

    Name: Lester W. Young, Jr.
    Job or Title (if known): Chancellor
    Street Address: State Education Building, 89 Washington Avenue
    City and County: Albany, Albany County
    State and Zip Code: NY 12234
    Telephone Number: (518) 474-5889
    E-mail Address (if known):

**Defendant No. 3**

    Name: Binong Xu
    Job or Title (if known): Custodial Parent
    Street Address: 256 Chestnut Tree Hill Rd
    City and County: Oxford
    State and Zip Code: CT 06478
    Telephone Number:
    E-mail Address (if known):

**Defendant No. 4**

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FERPA's U.S. Code (20 USC 1232g), which incorporates all amendments to FERPA. FERPA regulations are found in the Federal Register (34 CFR Part 99). FERPA's 1994 amendments are found in Public Law (P.L.) 103-382 The Family Educational Rights and Privacy Act (FERPA), Public Law 93-380, Title 20, USCA Section 1232(g), et. Seq. and Title 93-568 et. seq.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Mark J Sullivan, is a citizen of the State of *(name)* New York

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* David C. Banks and Lester W. Young, Jr., is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Federal Giude lines state loss of Federal funding for the FERPA violations. The custodial parent engaged in denial of parental rights,and intentional infliction of emotional distress.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

in person March 4, 2022, I visited the Family Welcome Centers in Brooklyn. 52 Chambers Street, New York, NY 10007, May 19, 2022 formal on-line complaint New York State Education Department. Complaint United States Department of Justice Civil Rights Division May 19, 2022 record number is: 162329-BBX Monday June 13, 2022. Your request FOIL-2022-040-00269 has been successfully submitted to the Department of Education (DOE) est. June 13, 2022. Intake Coordinator, Family and Community Empowerment in person est June 15, 2022. June 28, 2022 foil request denied.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

This began March 4, 2022 with interactions with various board of education personal including legal with the last contact June 28, 2022.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See attached.
Below is a response from an attorney with Just Answers.
After reviewing the prior communication, here are some thoughts
to consider based on what you might believe to be the strength of
your claims:
Consult with Attorneys: Reach out to attorneys or law
firms that specialize in civil rights, constitutional law, or
similar areas. Some attorneys offer free consultations
(around 15-30 minutes) to discuss the viability of a case.
2. Legal Aid Organizations: Contact legal aid organizations that
focus on civil rights issues. They might provide assistance or

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
As a result of the actions of the named defendants I was unable to review my daughters educational records, speak with teachers and others. I was unable to attend her graduation, advise, guide in her choices of college as I am a college graduate and her mother is not. The opportunity to renew a parent child and child parent relationship was blocked.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
I ask that the New York State and City Board of Education be barred from federal funding due to their violations of Federal and constitutional laws. That there be a period of oversite of this agency until they come into compliance. That processes and procedures be drafted and reviewed by a court ordered third party.

The loss of being part of a right of passage of a young adult is difficult to put a price tag on. As is the on going lack of relationship. How does a civil society put a price/ monetary value on this? On the custodial parents involvement in the intentional inflection of emotional pain which is long standing and ongoing.

Punitive damages I ask be significant in amount as the board of education law department is knowledgeable of the law, yet acted outside of the law.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/25/2024

Signature of Plaintiff

Printed Name of Plaintiff: MARK J. SULLIVAN

SHU TI MAR
Notary Public, State of New York
Reg. No. 01MA6351457
Qualified in Kings County
Commission Expires 12/04/2024

4/25/2024

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Mark J Sullivan

V

Binong Xu

New York City Board of Education

New York State Board of Education

April 2, 2024

*April 25, 2024*

*The Family Educational Rights and Privacy Act (FERPA), Public Law 93-380, Title 20, USCA Section 1232(g), et. Seq. and Title 93-568 et. seq.*

*Federal Courts can rule on federal claims (constitutional questions) involved in state divorce cases and award money damages for federal torts or in diversity of citizenship cases involving intentional infliction of emotional distress by denial of parental rights, "visitation", as long as the Federal Court is not asked to modify custodial status.*

- LLOYD V. LOEFFLER, 518 F.Supp 720
- FENSLAGE V. DA WK.INS, 629 F.2d 1107
- KAJTAZI V. KAJTAZI, 488 F.Supp 15 (1976)
- SPINDEL V. SPENDEL, 283 F.Supp. 797 (1969)
- HOWARD V. KUNEN, USDC Mass CA No. 73-3813-G, 12/3/73
- SCHWAB V. HUTSON, USDC, S.Dist. MI, 11/70
- LORBEER V. THOtv1PSON, USDC Colorado (1981).

On March 4, 2022, I visited the Family Welcome Centers in Brooklyn after speaking with a receptionist at the 52 Chambers street office days before regarding a review of my daughter's educational records. (See attached 03-04-22 board of ed.jpg).

Briefly, when speaking with Ms. Amy Basile, I was told there was a note in my daughter's file to not release/allow me to view her records. Furthermore to not disclose which school she attended.

1 of 4

May 19, 2022

Dear New York State Education Department,

I am writing to you to file a formal complaint against the New York City Board of Education in violation of Federal, FERPA laws, specifically the rights of Noncustodial parents. (See attached FERPA non-custodial Rights).

On March 4, 2022, I visited the Family Welcome Centers in Brooklyn after speaking with a receptionist at the 52 Chambers street office days before regarding a review of my daughter's educational records. (See attached 03-04-22 board of ed.jpg).

Briefly, when speaking with Ms. Amy Basile, I was told there was a note in my daughter's file to not release/allow me to view her records. Furthermore to not disclose which school she attended.

Please view the attached FERPA non-custodial Rights.

"...This means that, in the case of divorce or separation, a school district must provide access to both natural parents, custodial and noncustodial, unless there is a legally binding document that specifically removes that parent's FERPA rights. In this context, a legally binding document is a court order or other legal paper that prohibits access to the education record, or removes the parent's rights to have knowledge about his or her child's education...."

My follow-up email to Ms. Basile, (See attached Records review Elizabeth Sullivan follow up) brings forth the issue that she could not review any court orders which would prevent me from this review. She may or may not have known that the custodial parent could not bar me from this review nor could the Board of Education.

As I pointed out in this email she had told me that she could not view documents related to this note in my daughter's file, not to allow me to review her records, and that those documents would be at the school she attends which she could not disclose to me is simply a "catch 22".

This is the basis of my complaint to the New York State Board of Education for violations of Federal Law, The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). https://www2.ed.gov/policy/gen/guid/fpco/ferpa/index.html

2 of 11

This is the basis of my complaint to the New York State Board of Education for violations of Federal Law, The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99). https://wwww2.ed.gov/policy/gen/guid/fpco/ferpa/index.html

You have failed to put into place policies and procedures to ensure you are not in violation of these laws by not allowing non-custodial parents the ability to review, note, and correct any court orders or other orders that prevent non-custodial parents from exercising these rights.

I am directing this complaint to your office rather than to the district level because I do not even know which district my daughter attends and with her coming graduation time is of the essence.

I am filing a complaint with the U.S. Department of Justice, Civil Rights as this is a clear and blatant violation of these laws. Given that the institution of education involves the socializing and preparing of youth to become productive members of society, actively engaging in the ignoring of Federal Laws sends a very disturbing message to them.

The above is from a formal letter of complaint, May 19, 2022, New York State Education Department. This same letter was filed with the United States Department of Education Office for Civil Rights.


From my first encounter of March 4, 2022, until my filing of formal complaints on May 19, 2022, I had been repeatedly rebuffed by board of education officials, turned away from the chancellor's office, and misdirected to other offices. All in an attempt to view my daughter's educational records.

Ms. LeBron of the Chancellor's office finally became involved in June 2022 but did state it would need to be brought to legal.

As time was ticking, legal required I submit a FOIL request which I did. Their response was that, the custodial parent had written a letter, and in the interests of the child they would not provide me with this information nor which school she attended nor her graduation date.

I was prevented from attending my daughter's graduation.

3 of 11

You have failed to put into place policies and procedures to ensure you are not in violation of these laws by not allowing non-custodial parents the ability to review, note, and correct any court orders or other orders that prevent non-custodial parents from exercising these rights.

I am directing this complaint to your office rather than to the district level because I do not even know which district my daughter attends and with her coming graduation time is of the essence.

I am filing a complaint with the U.S. Department of Justice, Civil Rights as this is a clear and blatant violation of these laws. Given that the institution of education involves the socializing and preparing of youth to become productive members of society, actively engaging in the ignoring of Federal Laws sends a very disturbing message to them.

In speaking with others it is my understanding that this is not a one off incidence but seemingly a pattern and practice.

Mark J Sullivan
917 667 7903
1053 64th Street C4
Brooklyn, NY 11219


"...This means that, in the case of divorce or separation, a school district must provide access to both natural parents, custodial and noncustodial, unless there is a legally binding document that specifically removes that parent's FERPA rights. In this context, a legally binding document is a court order or other legal paper that prohibits access to the education record, or removes the parent's rights to have knowledge about his or her child's education...."

My follow-up email to Ms. Basile, (See attached Records review Elizabeth Sullivan follow up) brings forth the issue that she could not review any court orders which would prevent me from this review. She may or may not have known that the custodial parent could not bar me from this review nor could the Board of Education.

As I pointed out in this email by telling me that she could not view documents related to this note in my daughter's file to not allow me to review her records and that those documents would be at the school she attends which she could not disclose to me is simply a "catch 22".

4 of 11

After this in the summer of 2023 Ms. Xu and my daughter filed for and received an order of protection from Milford CT, due to a letter I mailed to my daughter and a gift basket a friend hand-delivered to my daughter's doorstep wishing her success in her college studies.

The New York City Board of Education violate my procedural due process rights by ;
1: not disclosing the "Note" in my daughter's files in March 2022, well before her graduation.
2: First Amendment Rights: The right to freedom of speech and association.
3: Equal Protection Clause: as a non-custodial parent I am a protected class in that the FERPA Rights designate me as a member of a class, "parent".

There are ongoing irreparable damages in that at the hearing in CT a disembodied voice stated she did not want me in her life, that I had done nothing for her, I had damaged her childhood. Ms. Xu also testified.

The New York Board of Education failed to resolve or inquire into the facts of this case in a timely manner. The spoken of "Note" which I can only assume, having never seen it was the order of protection by Judge Patricia E. Henry, retired which expired April 2021.

The New York Board of Education again violated my and my daughter's rights by not showing me this "Letter" that the custodial parent wrote, thereby preventing me from raising any objections or challenging any facts or statements. A Due Process violation.

The legal department of the New York Board of Education failed to inform Ms. Xu that if she thought there was a threat of harm or danger to the child she should go to the courts seeking an order of protection.

F.C.A. §§ 446, 551, 656, 842 & 1056                                                                                              GF5a 12/2013

ORI No:      NY023015J
Order No:    2016-001282
NYSID No:    _____

                                                     At a term of the Family Court of the State of New York,
                                                     held in and for the County of Kings, at 320 Jay Street, Brooklyn, NY
                                                     11201, on April 19, 2016

PRESENT: Honorable Patricia E. Henry

In the Matter of a FAMILY OFFENSE Proceeding

                                                                     File #      495
Binong Xu (DOB: 03/06/1970),                                         Docket #    O-03012-06/14A
             Petitioner
                                                                     Order of Protection

    - against -

                                                                     Both Parties Present in Court
Mark Sullivan (DOB: 01/18/1956),
             Respondent

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

A petition under Article 8 of the Family Court Act, having been filed on March 24, 2014 in this Court and After Hearing, and Mark Sullivan having been present in Court and advised of the issuance and contents of this Order.

    **NOW, THEREFORE, IT IS HEREBY ORDERED** that Mark Sullivan (DOB:01/18/1956) observe the following conditions of behavior:

[01] Stay away from:

[A]  Binong Xu (DOB: 03/06/1970) and Elizabeth Sullivan (DOB: 10/21/2004);

[B]  the home of Binong Xu (DOB: 03/06/1970) and Elizabeth Sullivan (DOB: 10/21/2004);

[C]  the school of Elizabeth Sullivan (DOB: 10/21/2004);

[D]  the business of Binong Xu (DOB: 03/06/1970);

[E]  the place of employment of Binong Xu (DOB: 03/06/1970);

[F]  (other) Elizabeth Sullivan (DOB: 10/21/2004) school, after school program, babysitter's home, ballet and piano schools and doctor's office;

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Binong Xu (DOB: 03/06/1970) and Elizabeth Sullivan (DOB: 10/21/2004);

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion or any criminal offense against Binong Xu (DOB: 03/06/1970) and Elizabeth Sullivan (DOB: 10/21/2004);

6 of 11

You can view the request and take any necessary action at the following webpage: https://a860-openrecords.nyc.gov/request/view/FOIL-2022-040-00269.

Mark J Sullivan

**From:** **Mark Sullivan** mark@markjosephsullivan.com
**Subject:** Fwd: F20,058
**Date:** June 28, 2022 at 5:16 PM
**To:** OCR.NewYork@ed.gov
**Cc:** Susan.Bronka@ed.gov
**Bcc:** Jack Frost Fr33j6ck@yahoo.com, Kathreen Neville k_neville@ymail.com, Eli Yeger yegerlaw@aol.com, Gordon Whitaker grdn_whitaker@yahoo.com

I was never asked to appear in court. I was never given such an order from any court.
At issue was the 45 days to respond to a FERPA request dated March 4, 2022.

[redacted]

**NY[redacted]**
**Stud[redacted]**

For Official Use
☐ MS ☐ HS
☐ SE ☐ ELL

**To Be Completed by Parent/Guardian:**

**Student Information**

LAST NAME | FIRST NAME | MIDDLE NAME | STUDENT ID #
Sullivan | Elizabeth | [illegible]

HOME ADDRESS (House number, Street name, Apt #, City, State, ZIP) | HOME PHONE NUMBER

DATE OF BIRTH (mm/dd/yyyy) | AGE | GENDER (optional) M ☒ ☐ | PLACE OF BIRTH | HOME/NATIVE LANGUAGE: English

NAME, CITY, STATE OF LAST SCHOOL (or current school) | LAST GRADE COMPLETED

HEALTH INSURANCE INFORMATION: Does the student have health insurance?
☐ YES → If YES, what type of coverage is it? ☒ Private Health Insurance ☐ Medicaid ☐ Child Health Plus B
☐ NO → If NO, would you like to be contacted about getting coverage? ☐ Yes ☐ No

HEALTH ALERT: Any health condition that affects participation in physical activities
☐ Yes ☒ No

SPECIAL EDUCATION INFORMATION: Does the student receive special education services?
☐ YES → If YES, do you have a copy of the Individualized Education Plan (IEP)? ☐ Yes ☐ No
☒ NO

**Parent/Guardian Information**

LAST NAME | FIRST NAME | RELATIONSHIP TO STUDENT
Sullivan | Mark Joseph | Father

HOME ADDRESS (House number, Street name, Apt #, City, State, ZIP) | PARENT/GUARDIAN PREFERRED LANGUAGE: WRITTEN | SPOKEN

HOME PHONE NUMBER | WORK/CELL PHONE NUMBER | PARENT/GUARDIAN EMAIL

**To Be Completed by Enrollment Staff:**

**Registration (check one):**
☐ New
☐ Re-admit to NYC DOE (less than 1 year)
☐ Re-admit to NYC DOE (longer than 1 year)
☐ Code 10 Return (If Code 10 Return):
☐ Student has complete transcript
☐ Transcript request made to out-of-New York City school

**Transfer Request (check one):**
☐ Safety
☐ Medical
☐ Travel (HS only)
☐ Child Care (HS only)
☐ Sibling (HS only)
☐ [illegible]

**Disposition:**

Enrolled School Name | DBN

**Referred to:**

School Name | DBN
1)
2)
3)

STUDENT NAME: LAST
FIRST
DATE:

7 of 1028



Begin forwarded message:
From: Mark Sullivan <mark@markjosephsullivan.com>
Subject: Re: F20,058
Date: June 28, 2022 at 5:05:44 PM EDT
To: Beaufils Natacha <NBeaufils@schools.nyc.gov>

Ms. Beaufils,
You will need to provide me with this document you spoke of for my inspection.
Mark Sullivan
On Jun 28, 2022, at 4:12 PM, Beaufils Natacha <NBeaufils@schools.nyc.gov> wrote:
Mr. Sullivan-

Attached is a letter concerning your FOIL request. Thank you.

Natacha Beaufils Records Access Unit
Office of the General Counsel Department of Education
CONFIDENTIALITY NOTE: The information contained in this email message is privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this email in error, please immediately notify me by telephone, fax, or email and
delete the message.

From: **Canizares, Stefan** stefan.canizares@ed.gov
Subject: U.S. Department of Education, Office for Civil Rights - Case No. 02-22-1342 - New York City Department of Education
Date: July 1, 2022 at 11:13 AM
To: mark@markjosephsullivan.com
Cc: Ryder, Kathleen Kathleen.Ryder@ed.gov

Good morning Mr. Sullivan,

The U.S. Department of Education, Office for Civil Rights (OCR) received the complaint you filed with the U.S. Department of Justice, which was forwarded to our office on June 22, 2022. Kathleen Ryder and I are the OCR staff members assigned as the case team to evaluate your complaint. We would like to schedule a call with you to further understand your complaint. Can you please let us know your availability for a call on July 6, 7, and/or 8?
Sincerely,

Stefan Canizares
Attorney
United States Department of Education
Office for Civil Rights

8 of 11
22/1

From: **DOJ Civil Rights - Do Not Reply** civilrightsdonotreply@mail.civilrights.usdoj.gov
Subject: Thank you for submitting a report to the Civil Rights Division
Date: May 19, 2022 at 11:58 AM
To: mark@markjosephsullivan.com

========================================================
Please do not reply to this email. This is an unmonitored account.
========================================================

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 162329-BBX.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

---

WHAT TO EXPECT
We review your report
Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

Our specialists determine the next steps We may
decide to:
Open an investigation or take some other action within the legal authority of the Justice Department.
Collect more information before we can look into your report.
Recommend another government agency that can properly look into your report. If so, we'll let you know.
In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

3. When possible, we will follow up with you.
We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.
If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

---

WHAT YOU CAN DO NEXT
1. Contact local legal aid organizations or a lawyer if you haven't already
Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
Legal Service Corporation (or Legal Aid Offices), visit www.lsc.gov/find-legal-aid or call (202) 295-1500

2. LEARN MORE: Visit civilrights.justice.gov to learn more about your rights and see examples of violations we handle.

---

PLEASE NOTE: Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter

9 of 17

**From:** Mark Sullivan mark@markjosephsullivan.com
**Subject:** Fwd: [OpenRecords] Request FOIL-2022-040-00269 Submitted to Department of Education (DOE)
**Date:** June 16, 2022 at 5:21 PM
**To:** Jack Frost Fr33j6ck@yahoo.com

Begin forwarded message:

From: <donotreply@records.nyc.gov>
Subject: [OpenRecords] Request FOIL-2022-040-00269 Submitted to Department of Education (DOE) Date: June 16, 2022 at 4:40:58 PM EDT
To: <mark@markjosephsullivan.com>
Reply-To: <foil@schools.nyc.gov>

Your request FOIL-2022-040-00269 has been successfully submitted to the Department of Education (DOE). The details of your request are shown below.

Request Title: Release of educational records to non-custodial parent

Request Description: Dear DOE, I am requesting my daughter's educational records under FERPA 20 U.S.C. § 1232g; 34 CFR Part 99. I had stated in an in person conversation with a representative of the Chancellor's office, 52 Chambers Street, New York, NY 10007, Monday June 13, 2022 that the order of protection drafted by Judge P.E. Henry expired in April 2021. There are no other orders. I did not mention this in my follow-up email regarding that meeting and the subjects discussed. As this is related to my attending my daughter's graduation I am requesting you verify these facts promptly. I will visit the courts tomorrow Friday, June 17, 2022 seeking a copy of this expired order and submit it to this email address and to asklegal@schools.nyc.gov I have filed a complaint with the DOJ, Civil Rights department which was sent to HHS, Civil Rights and submitted that information to the schools legal department via the representative I met with based upon Ms. Amy Basile response to my in-person visit in March 2022. It is my hope that this can be resolved quickly so that I may attend my daughter's graduation. Mark J Sullivan I submitted the above via email address foils@schools.nyc.gov and foil@schools.nyc.gov Elizabeth Mei Xu Sullivan DOB Oct 21, 2004

Attached File: 03-04-22_board_of_ed.jpg: 03-04-22_board_of_ed.jpg
Requester's Contact Information

**Name:**
Mark Sullivan
**Title:**
Not provided
**Organization:**
Not provided
**Email:** mark@markjosephsullivan.com
**Phone Number:**
(917) 667-7903
**Fax Number**
Not provided

**Street Address (line 1):**
1053 64th Street
**Street Address (line 2):**
Not provided **City:** Brooklyn **State:** NY
**Zip Code:**
11219

10 of 11

32 Old Slip, 26th Floor New
York, New York 10005 Tel.: (646)
428-3759
Fax: (646) 428-3843
stefan.canizares@ed.gov

Kathleen Ryder
Attorney
United States Department of Education
Office for Civil Rights
32 Old Slip, 26th Floor New
York, New York 10005 Tel.: (646)
428-3825
Fax: (646) 428-3843
kathleen.ryder@ed.gov

CONFIDENTIALITY NOTICE: *The information in this email is confidential and may be legally privileged. Access to this email by anyone other than the intended addressee(s) is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. If you are not the intended recipient, please reply to or forward a copy of this message to the sender and delete the message,*
*any attachments, and any copies thereof from your system.*

I have not included prior acts of the custodial parent and other actors which support these claims and I believe warrant a separate action.

Lastly, I contacted NYLAG Federal Pro Se clinic in Nov 2023 and only recently have gotten a response. Upon review of their areas of work, and status as non-profit with Federal funding I am concerned about conflicts of interest and do not believe it is in my best interests to seek their services.

I request leave to amend and perfect these pleadings. I move the court to appoint counsel due to the depth, and breadth of documentation, the issues raised, and their impact on other situated parents.

Mark J Sullivan
1053 64th street C4
Brooklyn, NY 11219

mark@markjosephsullivan.com

*[signature]* 04/25/2024
MARK J. SULLIVAN

SHU YI MAI
Notary Public, State of New York
Reg. No. 01MA6351457
Qualified in Kings County
Commission Expires 12/04/2024

*[signature]* 04/25/2024

11 of 17