UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK J. SULLIVAN,

                Plaintiff,

-against-

CHANCELLOR DAVID C. BANKS, et al.,

                Defendants.

24-CV-3251 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On October 8, 2024, the Court dismissed this action for failure to state a claim and because Plaintiff named immune defendants. The Court also granted Plaintiff 30 days' leave to file an amended complaint. Following this dismissal order, Plaintiff filed two requests for additional time to file his amended complaint and a request for the appointment of counsel. By order dated November 4, 2024, the Court granted Plaintiff additional time to file his amended complaint, and by order dated December 5, 2024, the Court granted Plaintiff an additional 30 days to file his amended complaint; the Court also denied his request for the appointment of counsel and referred Plaintiff to the Pro Se Law Clinic for assistance in this matter. On January 2, 2025, Plaintiff filed his third request for an extension of time to file an amended complaint and his second request for the appointment of counsel.

      The Court grants Plaintiff's request for additional time to file his amended complaint. (ECF 12.) He must file his complaint by **February 7, 2025**. If Plaintiff does not file his amended complaint by this date, the Court will direct the Clerk of Court to enter a civil judgment in this action. No further extensions will be granted in this case.

The Court denies Plaintiff's request for the appointment of counsel. (ECF 12.) Plaintiff may seek the assistance of the Pro Se Law clinic in this matter. The Court attaches a flyer to this order for Plaintiff's convenience.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 6, 2025
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including **mediation**)

 **Reviewing drafted pleadings** and correspondence with the Court


