UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK J. SULLIVAN,

                              Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION; BINONG XU,

                              Defendants.

**24-cv-3251 (LJL)**

**ORDER**

LEWIS J. LIMAN, United States District Judge:

The New York City Department of Department of Education ("Defendant") has requested an adjournment *sine die* of the initial pretrial conference scheduled for Monday, July 28, 2025, as well as relief from the requirement of filing a proposed case management plan and scheduling order, in anticipation of a dispositive motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 33. The request for an adjournment is denied. The request for relief from the requirement of a jointly filed case management plan is granted.

The Court will address Plaintiff's request for counsel at the conference, which will take place as scheduled, in-person at 2 p.m. on July 28, 2025, in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Defendant should be prepared to discuss in detail the basis for its anticipated motion to dismiss. Defendant is also ordered to serve a copy of this Order on Plaintiff by electronic means to ensure that Plaintiff receives the Order in advance of the conference.

The Clerk of Court is respectfully directed to close Dkt. No. 33, and mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   July 25, 2025
         New York, New York

                                        LEWIS J. LIMAN
                                     United States District Judge