UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK J. SULLIVAN,<br><br>        Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; BINONG XU,<br><br>        Defendants. | 24-cv-3251 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

  For the reasons set forth on the record during the initial pretrial conference held on July 28, 2025, the Court denies without prejudice to renew Plaintiff's motion for the appointment of counsel at Dkt. No. 20.

  Plaintiff has until August 4, 2025 to file a Second Amended Complaint. The New York City Department of Department of Education ("Defendant") has until September 4, 2025 to answer or otherwise respond to the operative complaint. Plaintiff will then have until October 6, 2025 to respond in opposition to any motion by Defendant, and Defendant may reply by October 13, 2025.

  The Clerk of Court is respectfully directed to close Dkt. No. 20, and mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 28, 2025
     New York, New York

                       LEWIS J. LIMAN
                       United States District Judge