```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARK J. SULLIVAN,                                                  :
                                                                   :
                        Plaintiff,                                 :
                                                                   :         24-cv-03251 (LJL)
        -v-                                                        :
                                                                   :            ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION;                             :
BINONG XU,                                                         :
                                                                   :
                        Defendants.                                :
                                                                   X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff, who is appearing *pro se*, has submitted multiple files to Pro Se Filing seemingly intended as exhibits to his Amended Complaint, Dkt. No. 15, and Supplemental Complaint, Dkt. No. 40.  The exhibits have not been accepted for filing because they are not consistent with the instructions on the Pro Se Docketing web page.  Plaintiff is reminded that it is his obligation to submit papers for filing consistent with the instructions on the Pro Se Docketing web page and that only those papers that have been filed will be considered by the Court.  The Pro Se Intake Unit is only able to docket filings that are submitted in PDF format, no larger than 15 megabytes.  Pro Se Intake cannot docket submissions that are sent in .zip, .doc, or other file formats.  Accordingly, Plaintiff is ordered to resubmit any and all exhibits to his Amended and Supplemental Complaints to Pro Se Docketing by September 15, 2025, in the format consistent with the instructions on the Pro Se Docketing web page: https://nysd.uscourts.gov/prose.

      Defendants' time to move or respond to Plaintiff's Amended and Supplemental Complaints, with corresponding exhibits, is accordingly extended from September 18, 2025, to September 25, 2025.

      SO ORDERED.

Dated: August 27, 2025  
       New York, New York                            _____  
                                                         LEWIS J. LIMAN  
                                                         United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 8/27/2025