**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARK J. SULLIVAN,

Plaintiff,

-against-

24 **CIVIL** 3251 (LJL)

**JUDGMENT**

CHANCELLOR DAVID C. BANKS, et al.,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 7, 2026, Defendants' motions to dismiss are GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice to refiling; accordingly, the case is closed.

**Dated:** New York, New York

August 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nazam Dulal

**Deputy Clerk**